**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

02 SEP 10 PM 3: 31

U.S. DISTRICT COURT
N.D. OF ALABAMA

| | |
|---|---|
| ROBERT EARL STEELE, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | )　CIVIL ACTION NO. 00-AR-0264-S |
| | ) |
| WARDEN BILLY MITCHEM | ) |
| and BILL PRYOR, ATTORNEY | ) |
| GENERAL FOR THE STATE | ) |
| OF ALABAMA, | ) |
| | ) |
| Respondents. | ) |

ENTERED

SEP 1 0 2002

## MEMORANDUM OF OPINION

The court has considered the entire file in this action together with the Magistrate Judge's

Report and Recommendation and has reached an independent conclusion that the Magistrate Judge's

Report and Recommendation is due to be adopted and approved.　The court hereby adopts and

approves the findings and recommendation of the magistrate judge as the findings and conclusions

of the court.　In accord with the recommendation, this petition for writ of habeas corpus is due to be

dismissed with prejudice.　An appropriate order will be entered.

**DONE**, this ___10th___ day of September, 2002.

WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE